STATE OF NEW JERSEY v. JAMES JACKSON.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCISCO GONZALEZ.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CLIFTON PIERCE.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE C. HORNE.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID CARTAGENA.

June 13, 1989.

Petition for certification denied.